1054

No. 84–1604.   GUZMAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 84–1800.   WALTERS ET AL. v. SPRUYTTE.   C. A. 6th Cir. Certiorari denied.

No. 84–6826.   WILEY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 84–6848.   ARAGON v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 84–6913.   SIMONS v. MONTGOMERY COUNTY DEPARTMENT OF POLICE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–6981.   PAYNE v. COUGHLIN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 84–6993.   LOPEZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–137.   LAVADO v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–259.   MISLEH v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 85–294.   HUDSPETH v. NORTH MISSISSIPPI SAVINGS & LOAN ASSN. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–329.   BRYANT v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 85–346.   SCHWENDER v. DEPARTMENT OF LABOR.   C. A. Fed. Cir.   Certiorari denied.

No. 85–386.   PAPPY, KAPLON, VOGEL & PHILLIPS ET AL. v. ARAGON.   C. A. 9th Cir.   Certiorari denied.

No. 85–392.   SECURITIES INDUSTRY ASSN. v. COMPTROLLER OF THE CURRENCY ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 85–405.   UVIEDO v. STEVES SASH & DOOR CO.   C. A. 5th Cir.   Certiorari denied.